**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SEMCON TECH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INCORPORATED and QUALCOMM ATHEROS, INC., <br> Defendants. | Civil Action No. 12-251-RGA |
| SEMCON TECH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FREESCALE SEMICONDUCTOR INC., <br><br> Defendant. | Civil Action No. 12-470-RGA |
| SEMCON TECH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP., <br><br> Defendant. | Civil Action No. 12-530-RGA |

- 2 -

| | |
|---|---|
| SEMCON TECH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORP.,<br><br>Defendant. | Civil Action No. 12-531-RGA |
| SEMCON TECH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY INC.,<br><br>Defendant. | Civil Action No. 12-532-RGA |
| SEMCON TECH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO LTD., et al.,<br><br>Defendants. | Civil Action No. 12-533-RGA |

- 3 -

| | |
|---|---|
| SEMCON TECH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS INC., <br><br> Defendant. | Civil Action No. 12-534-RGA |
| SEMCON TECH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> XILINX INC., <br><br> Defendant. | Civil Action No. 12-691-RGA |
| SEMCON TECH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GLOBALFOUNDRIES US, INC., et al., <br><br> Defendants. | Civil Action No. 12-1021-RGA |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time to file a Protective Order for confidential information is extended until October 16, 2012.

BAYARD, P.A.

/s/ *Stephen B. Brauerman*

Richard D. Kirk (#0922)
Stephen B. Brauerman (#4952)
Vanessa R. Tiradentes (#5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtorademtes@bayardlaw.com

*Attorneys for Plaintiff*

POTTER ANDERSON & CORROON LLP

/s/ *Richard L. Horwitz*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant International Business Machines Corporation*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Qualcomm Inc., Qualcomm Incorporated, Qualcomm Atheros, Inc., Freescale Semiconductor Inc., Intel Corp., GlobalFoundries USA, Inc., and GlobalFoundries Americas, Inc.*

RICHARDS, LAYTON & FINGER, P.A.

/s/ *Frederick L. Cottrell III*

Frederick L. Cottrell, III (#2555)
Elizabeth R. He (#5345)
One Rodney square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
he@rlf.com

*Attorneys for Defendant Micron Technology Inc.*

| | |
|---|---|
| SHAW KELLER LLP | FISH & RICHARDSON P.C. |
| */s/ Karen E. Keller* | */s/ Douglas E. McCann* |
| John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>300 Delaware Avenue<br>Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com | Douglas E. McCann (#3852)<br>222 Delaware Avenue<br>17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899<br>(302) 652-5070<br>dmccann@fr.com |
| *Attorneys for Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc., and Samsung Telecommunications America LLC* | *Attorneys for Defendant Texas Instruments Incorporated* |

DUANE MORRIS LLP

*/s/ Matt Neiderman*

Matt Neiderman (#4018)
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801
(302) 657-4900

*Attorneys for Defendant Xilinx, Inc.*

SO ORDERED this _____ day of October 2012.

_____
                                                         J.