IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEMCON TECH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-251 (RGA) |
| | ) |
| QUALCOMM INCORPORATED and | ) |
| QUALCOMM ATHEROS, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Qualcomm Incorporated and Qualcomm Atheros, Inc.'s Initial Disclosures Pursuant to Rule 26(a) and Paragraph 3 of the Default Standard for Discovery* were caused to be served on October 19, 2012 upon the following in the manner indicated:

Richard D. Kirk, Esquire                                                      *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
Vanessa R. Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Charles R. Bruton, Esquire                                                    *VIA ELECTRONIC MAIL*
Mark L. Hogge, Esquire
Shailendra K. Maheshwari, Esquire
Rajesh C. Noronha, Esquire
SNR DENTON US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC  20005-3364

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Rodger D. Smith II* |
|  | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com |
| OF COUNSEL:<br><br>Douglas E. Lumish<br>KASOWITZ BENSON TORRES<br>& FRIEDMAN, LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA  94065<br>(650) 453-5170<br><br>Michael B. Eisenberg<br>Robert P. Watkins III<br>KASOWITZ BENSON TORRES<br>& FRIEDMAN, LLP<br>1633 Broadway<br>New York, NY  10019<br>(2150 506-1700<br><br>October 19, 2012<br>5909680.1 | *Attorneys for Defendants* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 19, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Charles R. Bruton, Esquire<br>Mark L. Hogge, Esquire<br>Shailendra K. Maheshwari, Esquire<br>Rajesh C. Noronha, Esquire<br>SNR DENTON US LLP<br>1301 K Street, NW<br>Suite 600, East Tower<br>Washington, DC  20005-3364 | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)