IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEMCON TECH, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-251 (RGA) |
| ) | |
| QUALCOMM INCORPORATED and ) | |
| QUALCOMM ATHEROS, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Qualcomm Incorporated and Qualcomm Atheros, Inc.'s Disclosures Pursuant to Paragraph 4(b) of the Default Standard for Discovery* were caused to be served on November 20, 2012 upon the following in the manner indicated:

Richard D. Kirk, Esquire                                   *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
Vanessa R. Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Charles R. Bruton, Esquire                                 *VIA ELECTRONIC MAIL*
Mark L. Hogge, Esquire
Shailendra K. Maheshwari, Esquire
Rajesh C. Noronha, Esquire
SNR DENTON US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005-3364

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | /s/ Jack B. Blumenfeld |
|  | Jack B. Blumenfeld (#1014) |
|  | Rodger D. Smith (#3778) |
|  | 1201 North Market Street |
|  | P.O. Box 1347 |
|  | Wilmington, DE  19899 |
|  | (302) 658-9200 |
|  | jblumenfeld@mnat.com |
|  | rsmith@mnat.com |
| OF COUNSEL: | *Attorneys for Defendants* |

Douglas E. Lumish
KASOWITZ BENSON TORRES
& FRIEDMAN, LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA  94065
(650) 453-5170

Michael B. Eisenberg
Robert P. Watkins III
KASOWITZ BENSON TORRES
& FRIEDMAN, LLP
1633 Broadway
New York, NY  10019
(2150 506-1700

March 20, 2012
5909680.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 20, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Charles R. Bruton, Esquire<br>Mark L. Hogge, Esquire<br>Shailendra K. Maheshwari, Esquire<br>Rajesh C. Noronha, Esquire<br>SNR DENTON US LLP<br>1301 K Street, NW<br>Suite 600, East Tower<br>Washington, DC  20005-3364 | *VIA ELECTRONIC MAIL* |

_____
Jack B. Blumenfeld (#1014)