**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SEMCON TECH, LLC <br><br> v. <br><br> QUALCOMM INC. | Civil Action No. 12-251-RGA |
| SEMCON TECH, LLC <br><br> v. <br><br> FREESCALE SEMICONDUCTOR INC. | Civil Action No. 12-470-RGA |
| SEMCON TECH, LLC <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORP. | Civil Action No. 12-530-RGA |
| SEMCON TECH, LLC <br><br> v. <br><br> INTEL CORP. | Civil Action No. 12-531-RGA |
| SEMCON TECH, LLC <br><br> v. <br><br> MICRON TECHNOLOGY INC. | Civil Action No. 12-532-RGA |
| SEMCON TECH, LLC <br><br> v. <br><br> SAMSUNG ELECTRONICS CO LTD. ET AL. | Civil Action No. 12-533-RGA |

| | |
|---|---|
| SEMCON TECH, LLC<br><br>v.<br><br>TEXAS INSTRUMENTS INC. | Civil Action No. 12-534-RGA |
| SEMCON TECH, LLC<br><br>v.<br><br>XILINX INC. | Civil Action No. 12-691-RGA |
| SEMCON TECH, LLC<br><br>v.<br><br>GLOBALFOUNDRIES US, INC., et al. | Civil Action No. 12-1021-RGA |
| SEMCON TECH, LLC<br><br>v.<br><br>FREESCALE SEMICONDUCTOR INC. | Civil Action No. 12-470-RGA |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.7, Charles R. Bruton, Mark L. Hogge, Shailendra K. Maheshwari, Rajesh C. Noronha and C. Michael Moore of SNR Denton US, LLP hereby withdraw their appearances for Plaintiff Semcon Tech, LLC ("Semcon"), and Alexander C.D. Giza and Marc A. Fenster of Russ, August & Kabat hereby enter their appearances for Semcon in this case.  Please update your service lists accordingly

- 3 -

| | |
|---|---|
| Dated: November 28, 2012 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Stephen B. Brauerman* <br> Richard D. Kirk (rk0922) |
| Alexander C.D. Giza <br> Marc A. Fenster <br> RUSS, AUGUST & KABAT <br> 12424 Wilshire boulevard 12th Floor <br> Los Angeles, CA 90025 <br> (310) 826-7474 <br> agiza@raklaw.com <br> mfenster@raklaw.com | Stephen B. Brauerman (sb4952) <br> Vanessa R. Tiradentes (vt5398) <br> 222 Delaware Avenue, Suite 900 <br> P.O. Box 25130 <br> Wilmington, DE 19899 <br> (302) 655-5000 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com <br> vtiradentes@bayardlaw.com |
| | *Attorneys for Plaintiff Semcon Tech, LLC* |