# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEMCON TECH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-251-RGA |
| | ) |
| QUALCOMM INCORPORATED, *et al.*, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 8, 2013, copies of (1) **SEMCON'S PRELIMINARY INFRINGEMENT CONTENTIONS** and (2) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL & FTP (Contentions Only)**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jbbefiling@mnat.com
rsmith@mnat.com

Douglas E. Lumish, Esquire
Kasowitz Benson Torres & Friedman LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
dlumish@kasowitz.com

Michael B. Eisenberg, Esquire
Robert P. Watkins, Esquire
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, NY 10019
meisenberg@kasowitz.com
rwatkins@kasowitz.com

|  |  |
|---|---|
| Dated: February 8, 2013 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Stephen B. Brauerman* |
|  | Richard D. Kirk (rk0922) |
| Marc A. Fenster | Stephen B. Brauerman (sb4952) |
| Alexander C.D. Giza | Vanessa R. Tiradentes (vt5398) |
| Jeffrey Z.Y. Liao | 222 Delaware Avenue, Suite 900 |
| RUSS, AUGUST & KABAT | P.O. Box 25130 |
| 12424 Wilshire Boulevard, 12th Floor | Wilmington, DE 19899 |
| Los Angeles, CA  90025-1031 | (302) 655-5000 |
| (310) 826-7474 | rkirk@bayardlaw.com |
| mfenster@raklaw.com | sbrauerman@bayardlaw.com |
| agiza@raklaw.com | vtiradentes@bayardlaw.com |
| jliao@raklaw.com |  |
|  | *Attorneys for Plaintiff Semcon Tech, LLC* |