IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEMCON TECH, LLC<br><br>v.<br><br>QUALCOMM INC. | C.A. No. 12-251-RGA |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Semcon Tech, LLC ("Plaintiff") and Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc. ("Qualcomm") have settled Plaintiff's claims for relief against Qualcomm and Qualcomm's counterclaims for relief against Plaintiff asserted in these cases.

NOW, THEREFORE, Plaintiff and Qualcomm, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Qualcomm with prejudice and to dismiss Qualcomm's counterclaims for relief against Plaintiff without prejudice as moot and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

July 30, 2013

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Richard D. Kirk | /s/ Jack B. Blumenfeld |
| Richard D. Kirk (No. 922) | Jack B. Blumenfeld (No. 1014) |
| Stephen B. Brauerman (No. 4952) | 1201 North Market Street |
| 222 Delaware Avenue, Suite 900 | Wilmington, DE 19899 |
| Wilmington, DE 19801 | jblumenfeld@mnat.com |
| rkirk@bayardlaw.com | *Attorneys for Defendants Qualcomm Inc.* |
| sbrauerman@bayardlaw.com | *and Qualcomm Atheros, Inc.* |
| *Attorneys for Plaintiff Semcon Tech LLC* | |