# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEMCON TECH, LLC<br><br>v.<br><br>QUALCOMM INC. | C.A. No. 12-251-RGA |

## [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Semcon Tech, LLC ("Plaintiff") and Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc. ("Qualcomm") announced to the Court that they have settled Plaintiff's claims for relief against Qualcomm and Qualcomm's counterclaims for relief against Plaintiff asserted in this case. Plaintiff and Qualcomm have therefore requested that the Court dismiss Plaintiff's claims for relief against Qualcomm with prejudice and dismiss Qualcomm's counterclaims for relief against Plaintiff without prejudice as moot and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Qualcomm are dismissed with prejudice and Qualcomm's counterclaims for relief against Plaintiff are dismissed without prejudice as moot. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated: July 31, 2013

_____
The Honorable Richard G. Andrews
United States District Judge